| | |
|---|---|
| 1 | GEORGE A. RILEY (S.B. #118304) |
| | O'MELVENY & MYERS LLP |
| 2 | Embarcadero Center West |
| | 275 Battery Street, 26th Floor |
| 3 | San Francisco, California 94111-3305 |
| | Telephone: (415) 984-8700 |
| 4 | Facsimile: (415) 984-8701 |
| 5 | MARK C. SCARSI (S.B. #183926) |
| | RYAN K. YAGURA (S.B. #197619) |
| 6 | O'MELVENY & MYERS LLP |
| | 400 South Hope Street |
| 7 | Los Angeles, California 90071-2899 |
| | Telephone: (213) 430-6000 |
| 8 | Facsimile: (213) 430-6407 |
| 9 | Attorneys for Plaintiff |
| | LOCKHEED MARTIN CORPORATION |
| 10 | |
| | DAVID E. ROSEN (S.B. #155385) |
| 11 | MURPHY ROSEN & COHEN LLP |
| | 100 Wilshire Boulevard, Suite 1300 |
| 12 | Santa Monica, California 90401-1142 |
| | Telephone: (310) 899-3300 |
| 13 | Facsimile: (310) 399-7201 |
| 14 | Attorneys for Defendant |
| | SPACE SYSTEMS/LORAL, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION, | Case No. C-95-3530 SI |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| SPACE SYSTEMS/LORAL, INC., | |
| Defendant. | |

1  It is hereby stipulated by and between counsel to plaintiff Lockheed Martin Corporation ("Lockheed Martin") and counsel to defendant Space Systems/Loral, Inc. ("SSL"), as follows:

2  1. All claims and counterclaims in the above-captioned action between Lockheed Martin and SSL are dismissed with prejudice.

3  2. Each party will bear its own costs and attorneys' fees.

4  3. This Court will retain jurisdiction to enforce the Settlement Agreement between the parties, dated November 1, 2006, of which this Stipulation forms a part.

DATED: November 1, 2006

GEORGE A. RILEY
MARK C. SCARSI
RYAN K. YAGURA
O'MELVENY & MYERS LLP


By _____//s//_____
                Mark C. Scarsi

Attorneys for Plaintiff
LOCKHEED MARTIN CORPORATION

DATED: November 1, 2006

DAVID E. ROSEN
MURPHY ROSEN & COHEN LLP


By _____//s//_____
                David E. Rosen

Attorneys for Defendant
SPACE SYSTEMS/LORAL, INC.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  DATED:_____          _____
4                                  Honorable Susan Illston
                                   United States District Judge